# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAIME FRANCO

PLAINTIFF(S),

v.

AECOM, et al.

DEFENDANT(S).

CASE NUMBER:

2:21−cv−04728

## NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT

To:  All Counsel Appearing of Record

　　　Due to clerical error, this case was improperly assigned to the  __  Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the  __  Division for all further proceedings.

X　　　Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Eastern_  Division.

　　　This case has been reassigned to case number  _5:21−cv−00979 JWH (SPx)_  and has been assigned to  _Judge John W. Holcomb_  for all further proceedings.

　　　Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Sheri Pym_  for:

　　　X  any discovery and/or post-judgment matters that may be referred.

　　　　for all proceedings in accordance with General Order 05-07.

　　　All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _5:21−cv−00979 JWH (SPx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

　　　**Please be advised that no further filings may be made under case number  _2:21−cv−04728_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By:  _/s/ Edwin Sambrano_
 _edwin_sambrano@cacd.uscourts.gov_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (03/21)　　　NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT